United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRAINTREE LABORATORIES, INC.,

        Movant,

  v.

MCKESSON CORPORATION,

        Nonmovant.

_____/

No. C 11-80233 JSW (JSC)

**ORDER RE: MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY MCKESSON CORPORATION**

     Movant Braintree Laboratories, Inc.'s Motion to Compel filed September 21, 2011 has been referred to the undersigned Judge.  The parties are directed to the Court's Standing Order and are advised that pursuant to Procedure No. 1 the previously established briefing schedule remains in effect.  The hearing on Movant's Motion to Compel is scheduled for October 20, 2011 at 9:00 a.m. in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

    **IT IS SO ORDERED.**

Dated: September 27, 2011

                      _Jacqueline S. Corley_____

                    JACQUELINE SCOTT CORLEY
                    UNITED STATES MAGISTRATE JUDGE